# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MISTI CHEERS-PETTIES,<br><br>　　　　　　　　　　Plaintiff,<br><br>　vs.<br><br>ANHEUSER-BUSCH, LLC, and<br>DOES 1 through 25, inclusive,<br><br>　　　　　　　　　　Defendants. | CASE 11-CV-1830 W (JMA)<br><br>**ORDER GRANTING JOINT MOTION TO CAP DAMAGES AND REMAND [DOC 19]** |

　　　　On August 16, 2011, Defendant Anheuser-Busch, LLC removed the instant matter to this Court under diversity jurisdiction. (Doc. 1.) The parties have now filed a joint motion seeking to cap Plaintiff Misti Cheers-Petties' damages at $75,000—less than the amount in controversy requirement of 28 U.S.C. § 1332(a)—and to remand this action back to state court. (Doc. 19.) Under 28 U.S.C. § 1447(c), "[i]f at any time before final judgment it appears that the district court lacks subject matter jurisdiction, the case shall be remanded." Having read the parties' papers, and good cause appearing, the

1  Court **GRANTS** the joint motion to cap Cheers-Petties' damages at $75,000 and
2  **REMANDS** this action to state court. All pending hearing dates are vacated. The clerk
3  of the court is directed to close this matter.
4
5      **IT IS SO ORDERED.**
6
7  DATED: April 3, 2012
8
9                                      Hon. Thomas J. Whelan
                                    United States District Judge

10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28