# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MISTI CHEERS-PETTIES,<br><br>                                      Plaintiff,<br>  vs.<br><br>ANHEUSER-BUSCH, LLC, and<br>DOES 1 through 25, inclusive,<br><br>                                   Defendants. | CASE 11-CV-1830 W (JMA)<br><br>**ORDER GRANTING JOINT MOTION TO CAP DAMAGES AND REMAND [DOC 19]** |

     On August 16, 2011, Defendant Anheuser-Busch, LLC removed the instant matter to this Court under diversity jurisdiction. (Doc. 1.) The parties have now filed a joint motion seeking to cap Plaintiff Misti Cheers-Petties' damages at $75,000—less than the amount in controversy requirement of 28 U.S.C. § 1332(a)—and to remand this action back to state court. (Doc. 19.) Under 28 U.S.C. § 1447(c), "[i]f at any time before final judgment it appears that the district court lacks subject matter jurisdiction, the case shall be remanded." Having read the parties' papers, and good cause appearing, the

1 Court **GRANTS** the joint motion to cap Cheers-Petties' damages at $75,000 and
2 **REMANDS** this action to state court. All pending hearing dates are vacated. The clerk
3 of the court is directed to close this matter.

5     **IT IS SO ORDERED.**

7 DATED: April 3, 2012

                                                      Hon. Thomas J. Whelan
                                                      United States District Judge